1  DESAI LAW FIRM, P.C.
   Aashish Y. Desai, Esq. (SBN 187394)
2  Adrianne De Castro, Esq. (SBN 238930)
   3200 Bristol Street, Ste. 650
3  Costa Mesa, CA  92626
   Telephone:  (949) 614-5830
4  Facsimile:   (949) 271-4190
   aashish@desai-law.com
5  adrianne@desai-law.com

6

7  THE FELDMAN LAW FIRM
   Lee R. Feldman (SBN 171628)
   Alicia Olivares (SBN 181412)
8  Leonard H. Sansanowicz (SBN 255729)
   10100 Santa Monica Boulevard # 2490
9  Century City, CA  90067
   lee@leefeldmanlaw.com
10 alicia@leefeldmanlaw.com
   leonard@leefedlmanlaw.com
11

12 Attorneys for Plaintiffs

13
14                **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**

16  LARRY AMBRIZ, SALVADOR                ) CASE NO.: C14-1041 CW
    CARRILLO, MARCO A. CHAVEZ,            )
17  RANDALL COURTNEY, DANIEL              )
    MALDONADO, MARK A.                    )
18  RODRIGUEZ, SR., ALEJANDRO             ) **ORDER GRANTING REQUEST**
    VEGA, DOUGLAS VIVERO, DAVID           ) **TO APPEAR**
19  CINTAT, MANUEL SALAZAR,               ) **TELEPHONICALLY**
    HERSCHEL SURVINE III, EDWIN           )
20  PUQUIRRE on behalf of themselves and  )
    all others similarly situated, and on behalf )
21  of all other "aggrieved" employees,   )
                                          ) **HEARING SCHEDULE**
22           Plaintiffs,                  )
                                          ) **Date:**    June 5, 2014
23       vs.                              ) **Time:**    2:00 p.m.
                                          ) **Ctrm:**    2, 4th Floor
24  MATHESON TRI-GAS, a New Jersey        ) **Judge:**   Claudia W
    Corporation, and DOES 1-10, inclusive, )
25                                        )
             Defendants.                  )
26                                        )
                                          )
27  _____      )

28

1

This Court has received Plaintiffs' Request to Appear Telephonically for the hearing date of Defendant's Motion to Dismiss or, in the Alternative, Transfer the Action to the Central District of California, presently set on June 5, 2014 at 2:00 p.m.

**IT IS HEREBY ORDERED** that Plaintiffs' Request to Appear Telephonically is granted. **Defendants' counsel may appear by telephone as well.**

DATED: June 3, 2014

HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE