1  CLINT D. ROBISON (STATE BAR NO. 158834)
2  VICKIE V. GRASU (STATE BAR NO. 224278)
   LeClairRyan, LLP
3  725 S. Figueroa Street, Suite 350
   Los Angeles, CA  90017
4  Telephone: 213.488.0503
   Facsimile: 213.624.3755
5  clint.robison@leclairryan.com
   vickie.grasu@leclairryan.com

6  Attorneys for Defendant,
7  MATHESON TRI-GAS, INC.,
   (erroneously sued as MATHESON TRI-GAS)

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LARRY AMBRIZ, SALVADOR CARRILLO, MARCO A. CHAVEZ, RANDALL COURTNEY, DANIEL MALDONADO, MARK A. RODRIGUEZ, SR., ALEJANDRO VEGA, DOUGLAS VIVERO, DAVID CINTAT, MANUEL SALAZAR, HERSCHEL SURVINE III, EDWIN PUQUIRRE, on behalf of themselves and all others similarly situated and on behalf of all other "aggrieved" employees,<br><br>       Plaintiffs,<br><br>vs.<br><br>MATHESON TRI-GAS, a New Jersey Corporation, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: CV14-04546 JAK (JCx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS**<br><br>Complaint Filed: March 5, 2014 |

Upon consideration of the Parties' Stipulated Protective Order filed September 25, 2014 ("Protective Order"), and finding good cause thereon, IT IS HEREBY ORDERED that the terms of the Protective Order shall govern the handling and disclosure of documents, things, and information produced in this action.


The Court notes that the reference to "Exhibit F" in paragraph 1 of the Protective Order refers to Exhibit F to the Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt, Docket No. 30.

**IT IS SO ORDERED.**

Dated:   October 8, 2014          _____/s/_____
                                  JUDGE JACQUELINE CHOOLJIAN
                                  UNITED STATES MAGISTRATE JUDGE